UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TEXTILES FROM EUROPE, INC. d/b/a
VCNY HOME,

                Plaintiff,

      – against –

H&M HOME DESIGNS INC. and MORRIS
ALHALABI d/b/a H&M HOME DESIGNS INC.,

          Defendants.

**ORDER**

18 Civ. 5581 (ER)

RAMOS, D.J.:

      On June 20, 2018, Textiles from Europe, Inc. filed a complaint against H&M Home Designs Inc. and Morris Alhalabi ("Alhalabi" and, collectively, "Defendants") for trademark infringement. Doc. 1. On August 17, 2018, Plaintiff and Alhalabi each wrote to the Court requesting an extension of time for Defendants to respond to the complaint because the parties were working on a settlement. Docs. 15, 16. On August 20, 2018 the Court granted the parties thirty days to finalize the settlement. Doc. 17. Since then, neither party has communicated with the Court.

      The parties are therefore ORDERED to provide the Court with a joint status report by letter by **November 18, 2020**. Failure to comply with Court orders may result in sanctions, including dismissal for failure to prosecute under Fed. R. Civ. P. 41(b).

      It is SO ORDERED.

Dated: November 4, 2020
       New York, New York

                            EDGARDO RAMOS, U.S.D.J.